IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN DOE, a Minor, (born 01/28/90) by his Next Friend, Jane Doe, and JANE, DOE, Individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAVID KEALA,<br><br>    Defendant. | Civil No. 00-00044 ACK/KSC |

**ORDER DISMISSING MOTION WITH LEAVE TO REFILE**

On July 1, 2004, the Clerk's Office entered judgment in this case. On February 11, 2005, the Court issued an order awarding attorney's fees. On April 5, 2005, Plaintiff filed a Motion for an Order to Show Cause Why Defendant David Keala Should Not Be Held in Contempt ("Motion for Order to Show Cause") for failure to pay the amount due. On April 14, 2005, this case was stayed pending Defendant Keala's bankruptcy filing.

At this time, the Court dismisses Plaintiff's Motion for Order to Show Cause, with leave to refile the motion after the bankruptcy stay has been lifted. The Court notes that this order is ministerial[1] in nature and has no effect on the parties'

---

[1] See Pettit v. North Bay Plumbing, Inc., 217 F.3d 1072 (9th Cir. 2000) (adopting ministerial act exception to the automatic stay provision of the bankruptcy code).

rights.[2]

       IT IS SO ORDERED.

       DATED:  Honolulu, Hawaii, February 7, 2006.



                              _____
                              Alan C. Kay
                              Sr. United States District Judge

Doe v. Keala, Civ. No. 00-00044 ACK/KSC, Order Dismissing Motion with Leave to Refile.

---

    [2] The Court notes also that, ordinarily, the remedy of contempt is not available for the enforcement of a civil money judgment.  See In re Adam, 105 Haw. 507, 518, 100 P.3d 77, 88 (Haw. Ct. App. 2004).  Generally, a writ of execution is the method for enforcement of a civil money judgment.  See id.; see also Fed. R. Civ. P. 69.