# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV00-00044ACK-KSC |
| CASE NAME: | John Doe, a Minor, etc. vs. State of Hawaii Department of Education, et al. |
| ATTYS FOR PLA: | Edie Feldman, by phone |
| ATTYS FOR DEFT: | Nelson Nabeta, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 7/31/2006 | TIME: | 9:00-9:05am |

COURT ACTION:  EP: Further Status Conference Re: Bankruptcy Stay.  Ms. Feldman advised the court that the bankruptcy proceeding had been dismissed on or about May 2006.  Mr. Nabeta to provide a copy of the Order of dismissal as a courtesy to the court.

Submitted by: Shari Afuso, Courtroom Manager