# MINUTES

CASE NUMBER:        CV00-00044ACK-KSC

CASE NAME:          John Doe, a Minor, etc. vs. State of Hawaii Department of
                    Education, et al.

ATTYS FOR PLA:      Edie Feldman, by phone

ATTYS FOR DEFT:     Nelson Nabeta, by phone

INTERPRETER:

---

JUDGE:      Kevin S. C. Chang          REPORTER:      C5 - no record

DATE:       01/31/2008                 TIME:          9:00-9:05am

---

COURT ACTION:   EP: Status Conference.  Counsel to obtain a copy of closing
document from the Bankruptcy Court, if any, related to defendant Keala and forward
same to this court.

Submitted by: Shari Afuso, Courtroom Manager