# MINUTES

CASE NUMBER:    CV 00-00044ACK0KSC

CASE NAME:      John Doe, a Minor, (born 01/28/90) By his Next of Friend Jane Doe and Jane Doe, Individually vs. State of Hawaii Department of Education, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:    05/15/2008                 TIME:

COURT ACTION: EO:

STATUS CONFERENCE Re: Check Payment has been continued to May 16, 2008 @ 10:45 a.m. before Magistrate Judge Kevin S.C. Chang.

Ms. Edie A. Feldman to participate by phone.

Submitted by: Bernie Aurio, Courtroom Manager