# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00044ACK-KSC |
| CASE NAME: | John Doe, et al. Vs. State of Hawaii, Department of Education, et al. |
| ATTYS FOR PLA: | Edie A. Feldman |
| ATTYS FOR DEFT: | Nelson Y. Nabeta |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Courtroom 7-No Record |
| DATE: | 05/16/2008 | TIME: | 10:50-10:55 |

COURT ACTION:  EP: Status Conference Re: Check payment held.  Edie A. Feldman participated by phone.

Atty Nabeta to check on the matter and report to Plaintiffs' counsel.

Submitted by: Warren N. Nakamura, Courtroom Manager