# MINUTES

CASE NUMBER:    CV00-00044ACK-KSC

CASE NAME:    John Doe, a Minor, etc. vs. State of Hawaii Department of Education, et al.

ATTYS FOR PLA:    Edie Feldman, by phone

ATTYS FOR DEFT:    Nelson Nabeta, by phone

INTERPRETER:

JUDGE:    Kevin S. C. Chang            REPORTER:    C5 - no record

DATE:    9/4/2008                TIME:    9:20-9:30am

COURT ACTION:  EP: Status Conference.  Also present by phone, David Cain.  Discussion held regarding payment to plaintiff.  Counsel to speak further to attempt to resolve.

Submitted by: Shari Afuso, Courtroom Manager